UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>JONATHAN RENTAS-ESPADA,<br>    a/k/a "Forty," and<br>NESTOR FIGUEROA-ARRIAGA,<br><br>                    Defendants. | Case No.: 25-CR-031<br><br>[21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A),<br>& 841(b)(1)(C); 18 U.S.C. § 2(a)]<br><br><br>[SEALED] |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1. Beginning in or about January 2020, and continuing through on or about January 31, 2023, in the State and Eastern District of Wisconsin and elsewhere,

**JONATHAN RENTAS-ESPADA,**
**a/k/a "Forty," and**
**NESTOR FIGUEROA-ARRIAGA**

knowingly and intentionally conspired with each other and with other persons known and unknown to the Grand Jury to possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

2. The amount of controlled substances involved in the conspiracy attributable to each defendant as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, includes one kilogram or more of a mixture and substance containing a

detectable amount of heroin, a Schedule I controlled substance, and five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

# COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about January 20, 2022, in the State and Eastern District of Wisconsin,

**JONATHAN RENTAS-ESPADA,**
**a/k/a "Forty," and**
**NESTOR FIGUEROA-ARRIAGA**

did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2(a).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about February 3, 2022, in the State and Eastern District of Wisconsin,

**JONATHAN RENTAS-ESPADA,
a/k/a "Forty," and
NESTOR FIGUEROA-ARRIAGA**

did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); and Title 18, United States Code, Section 2(a).

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about May 11, 2022, in the State and Eastern District of Wisconsin,

**JONATHAN RENTAS-ESPADA,**
a/k/a "Forty"

did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2(a).

## FORFEITURE NOTICE

1. Upon conviction of the controlled substance offenses set forth in Counts One through Four of this Indictment, the defendants shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violations, including but not limited to, the following: a sum of money representing the amount of proceeds obtained as a result of the offenses.

2. If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
FOREPERSON

Date: 25 FEB 2025

fr /s/ Kelly B. Watzka
RICHARD G. FROHLING
Acting United States Attorney